1 | **CANDIS MITCHELL**
California Bar No. 242797
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | Facsimile: (619) 687-2666
5 | Candis_Mitchell@fd.org

6

7 | Attorneys for Mr. Alfredo Luis-Tenorio

8

9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| UNITED STATES OF AMERICA, | ) | Case No. 07CR3162-L |
|---|---|---|
| | ) | |
| Plaintiff, | ) | DATE: JANUARY 7, 2008 |
| v. | ) | TIME: 2:00 p.m. |
| | ) | |
| **ALFREDO LUIS-TENORIO**, | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| | ) | |
| Defendant. | ) | |
| | ) | (1) COMPEL DISCOVERY; |
| | ) | (2) PRESERVE EVIDENCE; |
| | ) | (3) GRANT LEAVE TO FILE FURTHER |
| | ) | MOTIONS. |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
EUGENE S. LITVINOFF, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on January 7, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, defendant, Alfredo Luis-Tenorio, by and through his attorneys, Candis Mitchell and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

//

07CR3162-L

## MOTIONS

Defendant, Alfredo Luis-Tenorio, by and through his attorneys, Candis Mitchell and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)    Compel Discovery;

(2)    Preserve Evidence;

(3)    Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: December 12, 2007

*s/ Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Luis-Tenorio
Candis_Mitchell@fd.org