UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:07CR3162-L |
| | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **ALFREDO LUIS-TENORIO** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Counsel for Defendant certifies that the foregoing motion, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

> Eugene S. Litvinoff
> Assistant United States Attorney
> 880 Front Street
> San Diego, CA 92101

and mailed to:

> Alfredo Luis-Tenorio
> Reg. No. 05334-298
> Metropolitan Correctional Center
> 808 Union Street
> San Diego, CA  92101

Dated: December 12, 2007

s/ *Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel); (619) 687-2666 (fax)
E-mail:Candis_Mitchell@fd.org