1  **CANDIS MITCHELL**
   California Bar No. 242797
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Facsimile: (619) 687-2666
   Candis_Mitchell@fd.org
5

6  Attorneys for Mr. Alfredo Luis-Tenorio

7

8
                       UNITED STATES DISTRICT COURT
9
                     SOUTHERN DISTRICT OF CALIFORNIA
10
                       **(HONORABLE M. JAMES LORENZ)**
11
   UNITED STATES OF AMERICA,       )   Case No.  07CR3162-L
12                                  )
              Plaintiff,            )   DATE: JANUARY 7, 2008
13                                  )   TIME: 2:00 p.m.
   v.                               )
14                                  )   NOTICE OF MOTIONS AND MOTIONS TO:
                                    )
15 **ALFREDO LUIS-TENORIO**,        )   (1)  DISMISS COUNTS ONE THROUGH
                                    )        THREE THE INDICTMENT BECAUSE
16            Defendant.            )        THE GOVERNMENT DEPORTED
                                    )        EYE-WITNESSES WHO
17                                  )        POTENTIALLY POSSESSED
                                    )        EXCULPATORY EVIDENCE;
18                                  )   (2)  DETAIN MATERIAL WITNESSES
   _____  )        AND;
19                                      (3)  SEQUESTER MATERIAL WITNESS.

20

21 TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
        EUGENE S. LITVINOFF, ASSISTANT UNITED STATES ATTORNEY:
22

23     PLEASE TAKE NOTICE that on January 7, 2008, at 2:00 p.m., or as soon thereafter as counsel may

24 be heard, defendant, Alfredo Luis-Tenorio, by and through his attorneys, Candis Mitchell and Federal

25 Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

26 / / /

27 / / /

28 / / /

# MOTIONS

Defendant, Alfredo Luis-Tenorio, by and through his attorneys, Candis Mitchell and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) Dismiss Counts One Through Six the Indictment Because the Government Deported Eye-witnesses Who Potentially Possessed Exculpatory Evidence;

(2) Detain Material Witnesses; and

(3) Sequester Material Witnesses.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

*s/ Candis Mitchell*

Dated: December 12, 2007    **CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Luis-Tenorio
Candis_Mitchell@fd.org