UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>　　　vs.<br><br>　Jesus Munoz, Jr (1)<br><br>　　　　　Defendant(s) | CRIMINAL NO. 07CR 3162-L<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge,  Barbara L. Major

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Roberto Ramirez-Hernandez

DATED: 01/22/08

Barbara L. Major
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                          OR
　　　　　　　DUSM

W. SAMUEL HAMRICK, JR.   Clerk
　　　　　　　by _____
　　　　　　　　Deputy Clerk