**CANDIS MITCHELL**
California Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
Facsimile: (619) 687-2666
Candis_Mitchell@fd.org

Attorneys for Mr. Alfredo Luis-Tenorio

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CASE NO.: 07CR3162-L |
| )  | |
| Plaintiff,       ) | DATE: MAY 19, 2008 |
| )  | TIME: 8:30 A.M. |
| v.       ) | |
| )  | **JOINT MOTION TO CHANGE THE DATE OF** |
| **ALFREDO LUIS-TENORIO**,       ) | **THE SENTENCING HEARING** |
| )  | |
| Defendant.       ) | |
| )  | |

**IT IS HEREBY STIPULATED** by and between the parties that the sentencing hearing in this case be changed from Monday, May 19, 2008 at 8.30 a.m., to Tuesday, May 27, 2008 at 8.30 a.m., or such other time as convenient for the Court.

**SO STIPULATED**:

Dated: May 15, 2008

*s/ Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Alfredo Luis-Tenorio
Candis_Mitchell@fd.org

Dated: May 15, 2008

*s/ Nicole Jones*
**NICOLE JONES**
Assistant United States Attorney

07CR3162-L