UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:07CR3162-L |
| | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **ALFREDO LUIS-TENORIO** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

  Counsel for Defendant certifies that the foregoing motion, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

    Nicole Jones
    Assistant United States Attorney
    880 Front Street
    San Diego, CA 92101

and mailed to:

    Alfredo Luis-Tenorio
    Reg. No. 05334-298
    Metropolitan Correctional Center
    808 Union Street
    San Diego, CA 92101

Dated: May 15, 2008

    *s/ Candis Mitchell*
    **CANDIS MITCHELL**
    Federal Defenders of San Diego, Inc.
    225 Broadway, Suite 900
    San Diego, CA 92101-5030
    (619) 234-8467 (tel); (619) 687-2666 (fax)
    E-mail:Candis_Mitchell@fd.org