UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 07CR3162-L |
| Plaintiff, | ORDER |
| v. | |
| **ALFREDO LUIS-TENORIO**, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the sentencing hearing in this case be changed from Monday, May 19, 2008 at 8.30 a.m., to Tuesday, May 27, 2008 at 8.30 a.m., or such other time as convenient for the Court.

**IT IS SO ORDERED.**

**DATED: May 16, 2008**

M. James Lorenz
**United States District Court Judge**